No. 73–6957.   BORUSKI v. UNITED STATES ET AL.   Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a

petition for writ of certiorari, certiorari denied.